# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JAMES NEUMAN**

vs.

**STATE OF ILLINOIS; CITY OF PEORIA;
COUNTY OF PEORIA, ILLINOIS; ILLINOIS STATE'S
ATTORNEYS OFFICE; ILLINOIS ATTORNEY GENERAL
OFFICE; PEORIA COUNTY COURTHOUSE, PEORIA,
ILLINOIS; PEORIA COUNTY SHERIFFS DEPARTMENT,
PEORIA, ILLINOIS; PEORIA POLICE DEPARTMENT,
PEORIA, ILLINOIS; JUDGE BRIAN NEMENOFF,** Judge
Peoria County Court of Illinois, in his professional and
individual capacities; **KEVIN LYONS** Illinois States Attorneys
Office, Peoria, Illinois, in his professional and individual
capacities; **WILLIAM P. ATKINS** Illinois States Attorneys
Office, Peoria, Illinois, in his professional and individual
capacities; **LYNDEN D. SCHMIDT,** Illinois States Attorneys
Office, Peoria, Illinois, in his professional and individual
capacities; **KAREN MCNAUGHT,** Attorney Generals Office,
in her professional and individual capacities; **NADINE J. WICHERN,**
Attorney General Office, in her professional and individual
capacities; **SHERIFF MIKE MCCOY,** Peoria County Sheriffs
Department, in his professional and individual capacities; **CHIEF
STEVE SETTINGSGAARD,** Peoria Police Department, in his
professional and individual capacities; **OFFICER TERRY SHORT,**
Peoria County Sheriffs Department, in his professional and
individual capacities; **OFFICER JIM LUDOLPH,** Peoria
County Sheriffs Department, in his professional and
individual capacities; **OFFICER LARRY RYAN,** Peoria
County Sheriffs Department, in his professional and individual
capacities; **HORWITZ, HORWITZ AND ASSOCIATES,
LTD.,** in its professional and individual capacities; **VALERIE
C. BARICH,** Employee at Horwitz, Horwitz and Associates,
LTD., in her professional and individual capacities; **BRUCE FARREL
DORN& ASSOCIATES,** in its professional and individual capacities; **ERIC
THOMPSON,** employee at Bruce Farrel Dorn and Associates,
in his professional and individual capacities; **LINDA CHAPEK**
employee at Insurance Company, in his professional and

individual capacities; **JOHN DOE 1 - 8,** Peoria County Sheriffs

Case Number:  **08-1009**

**FILED**
JUN - 6 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Department in his professional and individual capacities; OFFICER/BAILIFF JOHN DOE 1-5, Peoria County Sheriffs Department, in his professional and individual capacities; JANE DOE 1 & 2, Peoria County Sheriffs Department, in her professional and individual capacities; OFFICER/ BAILIFF JANE DOE 1-3, Peoria County Sheriff's Department, in her professional individual capacities; OFFICER JOHN DOE, Peoria Police Department, in his professional and individual capacities; OFFICER R. WEBER, Peoria County Sheriff's Department, in his professional and individual capacities; OFFICER K. MACK, Peoria County Sheriff's Department, in his professional and individual capacities; OFFICER K. MCMANUS, Peoria County Sheriff's Department, in his professional and individual capacities; OFFICER L. RUTHERFORD, Peoria County Sheriff's Department, in his professional and individual capacities; OFFICER D. JOHNSON, Peoria County Sheriff's Department, in her professional and individual capacities; OFFICER M. BROMWELL, Peoria County Sheriff's Department, in her professional and  individual capacities; OFFICER R. T HOMPSON, Peoria County Sheriff's Department, in his professional and individual capacities; JOHN/JANE #1 DOE, Peoria County Sheriff's Department; and JOHN/ JANE  #2 DOE, Peoria County Sheriff's Department

**DECISION BY THE COURT**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Amended Complaint is dismissed with prejudice, without costs.

ENTER this 6th day of June, 2008

PAMELA E. ROBINSON, CLERK

s/C. Lambie
BY:  DEPUTY CLERK